UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH CHINNIS,

       Plaintiff,

v.                                    Case No:  3:14-cv-218-J-39JRK

WORLD RECOVERY SERVICE, LLC
and UNITED CREDIT RECOVERY,
LLC,

       Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 24; Recommendation), entered by the Honorable James R. Klindt, United States Magistrate Judge, on November 2, 2014. No objections were made to the Recommendation and the time for objections has passed.[1] Accordingly, the matter is ripe for review.

The Recommendation thoroughly analyzes the docket before the Court, and in a well-reasoned conclusion recommends that this Court strike Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 11) and direct Plaintiff to seek entry of a clerk's default in accordance with Rule 55, Federal Rules of Civil Procedure, or to otherwise prosecute this case. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §

---

[1] Rule 6.02(a) of the Local Rules for the Middle District of Florida, United States District Court, directs that any objections to a report and recommendation be filed within fourteen days after service of the report and recommendation. See also 28 U.S.C. § 636(b)(1).

636(b).  If no specific objections to findings of facts are filed, the district judge is not required to conduct a *de novo* review of those findings.  See <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993); <u>see also</u> 28 U.S.C. § 636(b)(1).  However, the district judge must review legal conclusions *de novo,* even in the absence of an objection.  <u>See</u> <u>Cooper–Houston v. S. Ry.</u>, 37 F.3d 603, 604 (11th Cir. 1994). Upon independent review of the file and for the reasons stated in the Report and Recommendation, the Court will accept and adopt the factual and legal conclusions recommended by the Magistrate Judge.  Accordingly, it is

ORDERED:

1.      The Magistrate Judge's Report and Recommendation (Doc. 24) is **ADOPTED**.

2.      Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 11) is **STRICKEN**.

3.      Plaintiff shall file a motion for entry of a clerk's default in accordance with Rule 55, Federal Rules of Civil Procedure, or otherwise prosecute this case no later than **December 19, 2014**.

**DONE** and **ORDERED** in Jacksonville, Florida this __3ʳᵈ__ day of December, 2014.

BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:
The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

World Recovery Service, LLC

United Credit Recovery, LLC